# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**STEVEN ERIC KIRCHNER,**
**ELIZABETH LEE KIRCHNER, and**
**ROBERT GRANT WESTON,**
**Individually and on behalf of all**
**persons similarly situated,**

      **Plaintiffs,**

      **vs.**

**WYNDHAM VACATION RESORTS**
**INC.,**
      **Defendant.**

**No. 1:20-CV-00436-RGA**

**JURY TRIAL**
**DEMANDED**

## STIPULATION OF DISMISSAL WITH PREJUDICE
## (PLAINTIFFS STEVEN AND ELISABETH KIRCHNER)

Plaintiffs Steven and Elizabeth Kirchner and Defendant Wyndham Vacation Resorts, Inc. have resolved their claims and stipulate that the Kirchners' claims shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear its own costs and fees.

For Plaintiffs:

RIGRODSKY LAW, P.A.

By: */s/ Herbert W. Mondros*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sdr@rl-legal.com
Email: gms@re-legal.com
Email: hwm@rl-legal.com

LAW OFFICES OF
HOWARD B. PROSSNITZ
1014 Ontario Street
Oak Park, IL 60302
(708) 203-5747 (*Pro hac vice*)
prossnitzlaw@gmail.com

Dated:  November 14, 2024

For Defendant:

DLA PIPER LLP (US)

*By: /s/ Nancy Shane Rappaport*
Nancy Shane Rappaport
1201 North Market Street
Suite 2100
Wilmington, DE 19801
(302) 468-5631
nancy.rappaport@us.dlapiper.com

David S. Sager*
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
(973) 520-2570
david.sager@us.dlapiper.com

* Admitted *pro hac vice*

SO ORDERED this 14th day of November, 2024

/s/ Richard G. Andrews
United States District Judge