# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN ERIC KIRCHNER, ELIZABETH LEE KIRCHNER, and ROBERT GRANT WESTON, Individually and on behalf of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WYNDHAM VACATION RESORTS INC.,<br>　　　　Defendant. | No. 1:20-CV-00436-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## (PLAINTIFF ROBERT GRANT WESTON)

Plaintiff Robert Grant Weston and Defendant Wyndham Vacation Resorts, Inc. stipulate that Mr. Weston's claims shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear its own costs and fees.

| For Plaintiffs: | For Defendant: |
|---|---|
| RIGRODSKY LAW, P.A. | DLA PIPER LLP (US) |
| By: */s/ Herbert W. Mondros* | *By: /s/ Nancy Shane Rappaport* |
| Seth D. Rigrodsky (#3147) | Nancy Shane Rappaport |
| Gina M. Serra (#5387) | 1201 North Market Street, Suite 2100 |
| Herbert W. Mondros (#3308) | Wilmington, DE 19801 |
| 300 Delaware Avenue, Suite 210 | (302) 468-5631 |
| Wilmington, DE 19801 | nancy.rappaport@us.dlapiper.com |
| Telephone: (302) 295-5310 | |
| Email: sdr@rl-legal.com | David S. Sager* |
| Email: gms@re-legal.com | 51 John F. Kennedy Parkway, Suite 120 |
| Email: hwm@rl-legal.com | Short Hills, NJ 07078 |
| | (973) 520-2570 |
| LAW OFFICES OF | david.sager@us.dlapiper.com |
| HOWARD B. PROSSNITZ | |
| 1014 Ontario Street | * Admitted *pro hac vice* |
| Oak Park, IL 60302 | |
| (708) 203-5747 (*Pro hac vice*) | |
| prossnitzlaw@gmail.com | |

Dated: November 14, 2024

        SO ORDERED this <u>14th</u> day of November, 2024

        <u>/s/ Richard G. Andrews</u>
        United States District Judge